UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:04-00142 |
| ) | Chief Judge Haynes |
| MACK STONE ) | |

**MOTION OF THE GOVERNMENT FOR THE ISSUANCE
OF AN ORDER STAYING FURTHER PROCEEDINGS IN THIS CASE**

*[Handwritten annotation: Oral SJ / This motion / is GRANTED. / williams / 6-27-13]*

The United States of America (the Government), by and through its undersigned attorney, hereby moves for the issuance of an order staying further proceedings in this case. As reason for this motion the Government states the following.

## BACKGROUND

In November, 2004, a jury convicted defendant of conspiring to knowingly distribute fifty (50) or more grams of a mixture or substance containing a detectable amount of cocaine base (crack cocaine) in violation of 21 U.S.C. §§ 841 and 846. In early 2005, pursuant to the jury's verdict and 21 U.S.C. § 841(b)(1)(A)'s enhanced sentencing provisions, defendant was sentence to a mandatory life term of imprisonment. (D. 59: Judgment).

On June 13, 2013, defendant filed a motion pursuant to 18 U.S.C. § 3582(c)(2) (hereafter "the motion"). (D. 93: Motion). On June 19, 2013, Caryll S. Alpert, counsel for defendant Stone, filed a Memorandum in support of the motion. (D. 94: Memorandum). Through the motion defendant seeks a reduction of his sentence based on the reduced sentencing provisions contained in the Fair Sentencing Act of 2010 (hereafter "the FSA") and the recent May 17, 2013 Sixth Circuit Court of Appeals decision in *United States v. Blewett*, __ F.3d __, 2013 WL 2121945 (C.A. 6 Ky.)).