UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:04-00142 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| MACK STONE | ) | |

### UNITED STATES' MOTION TO STAY CASE PENDING *EN BANC* RULING BY THE SIXTH CIRCUIT COURT OF APPEALS

Comes now, the United States of America by and through Sunny A.M. Koshy, Assistant United States Attorney, and requests that this Court stay the instant case pending an *en banc* ruling by the Sixth Circuit Court of Appeals in the case of *United States v. Blewett*, ___ F.3d ___, 2013 WL 2121945 (6th Cir. May 17, 2013). The defendant cited to the *Blewett* case in his most recent motion pursuant to 18 U.S.C. § 3582, which gave retroactive application to the Fair Sentencing Act.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, TN 37203-3870
(615) 736-5151