IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-cr-00142 |
| | ) | JUDGE RICHARDSON |
| MACK STONE | ) | |

## ORDER

Pending before the Court is Defendant's Motion for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act (Doc. No. 102). For the reasons set forth in accompanying Memorandum Opinion, the motion is **GRANTED** without a hearing, and Defendant's sentence on his sole count of conviction, conspiracy to distribute 50 grams or more of crack cocaine in violation of 21 U.S.C. § 846, is hereby **REDUCED** from a life sentence to a sentence of **30 YEARS' IMPRISONMENT**. All other provisions of the judgment will remain unchanged.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE